**DISMISS and Opinion Filed December 8, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01410-CV

**RENEW CLINIC, LLC, Appellant**
**V.**
**MAXIM PHYSICIAN RESOURCES, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06207**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Francis

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

141410F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RENEW CLINIC, LLC, Appellant

No. 05-14-01410-CV        V.

MAXIM PHYSICIAN RESOURCES, LLC,
Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-14-06207.
Opinion delivered by Justice Francis.
Justices Evans and Stoddart, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MAXIM PHYSICIAN RESOURCES, LLC recover its costs of this appeal from appellant RENEW CLINIC, LLC.

Judgment entered December 8, 2014.